IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:12MJ222 |
|---|---|---|
| | | 3:12MJ223 |
| | | 3:12MJ224 |
| SEALED DOCUMENT | : | 3:12MJ225 |
| | | 3:12MJ226 |
| | : | 3:12MJ227 |

ORDER UNSEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

IT IS HEREBY ORDERED that the Applications, Search Warrants, Supporting Affidavits and Returns to the above Applications for Search Warrants sealed by the order of this court, be unsealed by the Clerk of Courts.

August 24, 2012.                               s/ Michael R. Merz
                                            United States Magistrate Judge